DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E. Blaine, Esq. (ID #018132006)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205
518-786-9069
Attorneys for Creditor, M&T Bank s/b/m Hudson
City Savings Bank

Order Filed on July 11, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

     Chul H Park,

          Debtor.

Case No.: 16-14819-VFP

Hearing Date: June 21, 2016

Judge: Hon. Vincent F. Papalia

Chapter: 7

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following page, numbered two (2) is hereby
**ORDERED.**

**DATED: July 11, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:  Chul H Park
Case No.:        16-14819-VFP
Caption of Order:  **Order Vacating Automatic Stay**

_____

Upon the motion of Creditor, M&T Bank s/b/m Hudson City Savings Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1.   Relief from the automatic stay is granted to creditor up to and including the entry of final judgment of foreclosure in a foreclosure proceeding on the mortgaged property, commonly known as **121 Kensington Ave, Norwood, NJ 07648**

2.   Notwithstanding the relief granted, the Chapter 7 Trustee may proceed with any action intended to result in a sale of the mortgaged property as an asset of the bankruptcy estate.

3.   Until nine (9) months have elapsed from the date of this order, the creditor is stayed from proceeding past the entry of a final judgment in a foreclosure action, specifically creditor may not take any action to schedule a foreclosure sale of the mortgaged property once a judgment or foreclosure and writ of execution have been entered.  Notwithstanding this stay, Creditor may file a certification with this court, on notice to the debtor and the Chapter 7 Trustee, seeking further relief from the stay to proceed with a foreclosure sale before the expiration of the nine (9) month period.